# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2654

_____

United States of America

*Plaintiff - Appellee*

v.

Antwan Elvago Coplen

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: April 26, 2021
Filed: April 29, 2021
[Unpublished]

_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

After considering a number of factors, the district court[1] reduced Antwan Coplen's life sentence to 360 months in prison under the First Step Act. *See* Pub. L.

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

No. 115-391, 132 Stat. 5194 (2018).  Though he challenges the decision on a host of grounds, we affirm.

We conclude that the district court did not abuse its discretion when it declined to reduce Coplen's sentence even further.  *See United States v. Harris*, 960 F.3d 1103, 1106 (8th Cir. 2020) (articulating the standard of review).  Nor is a motion like this one the proper way to challenge aspects of his original sentencing.  *See United States v. Moore*, 963 F.3d 725, 728 (8th Cir. 2020) (explaining how motions under the First Step Act are different from "original, plenary sentencing" proceedings); *see also United States v. Denson*, 963 F.3d 1080, 1089 (11th Cir. 2020) (refusing to entertain an attack on the original sentence in a sentence-reduction proceeding under the First Step Act).

We accordingly affirm the judgment of the district court, deny the pro se motion, and grant counsel permission to withdraw.

_____